In the Matter of HERBERT A. KNOX, an Attorney.—Application and motion denied. Thomas, Mills, Rich and Putnam, JJ., concurred; Jenks, P. J., not voting.

MAX MEYER, Respondent, v. UNITED DRESSED BEEF COMPANY, Appellant.— Motion denied, upon condition that the appellant pay to the respondent ten dollars costs, perfect the appeal, place the case on the calendar for the May term, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

WALTER B. MILKMAN, etc., Respondent, v. JOSE CASESA and Another, Appellants.— Motion granted, upon condition that appellants give a good and sufficient bond, to be approved by a justice of this court, against any waste of the property, and to pay for the use and occupation of it at the rate of thirty-five dollars per month, and also to pay the costs of the appeal. Present — Jenks, P. J., Thomas, Stapleton, Mills and Blackmar, JJ.    Order to be settled before Mr. Justice Mills.

JOSEPH NEUSTADT, Respondent, v. JAMAICA ESTATES and Others, Appellants.— Motion denied, without costs.  Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL GERRY, Relator, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— Motion for reargument denied, without prejudice to a motion to resettle the order of this court so as to show that the court were not unanimous, as the dissent was from the reversal as to the first specification, as well as in regard to the second specification of the charges. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

WILLIAM H. SIEBER, Respondent, v. JOSHUA S. ALPHONSUS, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Present — Jenks, P. J., Thomas, Stapleton, Mills and Blackmar, JJ.

WILLIAM J. SMITH, as Administrator, etc., Respondent, v. DAVID CREAR and Others, Appellants.— Motion to resettle order granted so as to allow defendants to withdraw demurrer and to answer on payment of costs. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

SAMUEL STINER, Respondent, v. HENRY GIEBEL, Appellant.— Motion granted and appeal dismissed, without costs, but with ten dollars costs of the motion.   Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

PHILLIPINA WULP, Respondent, v. CONEY ISLAND AND GRAVESEND RAILWAY COMPANY, Appellant.— Motion denied, upon condition that appellant perfect the appeal, place the case on the calendar for the May term, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

FRANKLIN Q. BROWN and Others, Respondents, v. LESLIE B. WILSON and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

ELIZABETH L. CODY, Respondent, v. NELLIE R. DAVIS and Others, Individually and as Executrices, etc., of CHARLES J. RANDALL, Deceased,